UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MARCIA O' NEAL and DAVID SIU,

    Plaintiffs,

v.                    Case No: 8:22-cv-939-MSS-JSS

JOSEPH FINANCIAL, INC.,
JOSEPH FINANCIAL
INVESTMENT ADVISORS, LLC
and ROBERT JOSEPH ARMIJO,

    Defendants.

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Upon review of the Stipulation of Dismissal of Action without Prejudice, (Dkt. 41) and pursuant to Fed.R.Civ.P. 41(a)(1), it is hereby

**ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE.** Each party shall bear its own attorneys' fees and costs associated with this matter.

The **Clerk** is directed to terminate any pending motions and **CLOSE** this case.

**DONE and ORDERED** at Tampa, Florida this 6th day of December, 2022.

_____
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Any Unrepresented Party